UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| STANDARD INSURANCE COMPANY, an Oregon corporation,<br><br>              Plaintiff,<br><br>    v.<br><br>MELINA LaBREE, nka Melina Dawn Limbaugh, individually; MICHELLE VANDENHAAK, individually and as Executrix of the Estate of RANDOLPH G. LaBREE; and RAYMOND LaBREE, individually,<br><br>              Defendants.<br>_____<br>MICHELLE VANDENHAAK, individually and as Executrix of the Estate of RANDOLPH G. LaBREE; and RAYMOND LaBREE, individually,<br><br>              Third-Party Plaintiffs,<br><br>    v.<br><br>LONGVIEW FIBRE COMPANY,<br><br>             Third-party Defendant. | Case No.  C06-5113RJB<br><br>ORDER |

On February 21, 2007, the parties submitted a stipulation requesting that the court extend the dispositive motions deadline by two weeks, to March 14, 2007, because they wish to engage in further settlement discussions.  Dkt. 63.

Pursuant to the request of the parties, the dispositive motions deadline is extended, and the dispositive motions deadline is **RE-NOTED** for March 14, 2007.  The trial date and all other dates in the

ORDER - 1

Order Setting Trial, Pretrial Dates and Ordering Mediation (Dkt. 57) remain the same. The Clerk is directed to re-note the dispositive motions deadline for March 14, 2007.

It is so **ORDERED.**

DATED this 22nd day of February, 2007.

Robert J. Bryan
United States District Judge

ORDER - 2